Christopher D. ZURCHER, Petitioner–Appellant,

v.

**Guy HALL, Superintendent, Two Rivers Correctional Institution, Respondent–Appellee.**

No. 08–35881.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 15, 2010.

Todd Hardy Grover, Bend, OR, for Petitioner–Appellant.

Inge D. Wells, Oregon Department of Justice, Salem, OR, for Respondent–Appellee.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Oregon state prisoner Christopher D. Zurcher appeals from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Zurcher contends that his counsel rendered ineffective assistance of counsel by failing to object, based on *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348,

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

147 L.Ed.2d 435 (2000), to the imposition of an upward departure from the presumptive sentence under the Oregon Sentencing Guidelines based upon judge-found facts. Because Zurcher has failed to demonstrate prejudice from any alleged error, the Oregon court's rejection of this claim was neither contrary to, nor an unreasonable application of, clearly established Supreme Court law. *See* 28 U.S.C. § 2254(d)(1); *see also Strickland v. Washington,* 466 U.S. 668, 694, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.